**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-2029**

───────────

WARREN B. ANDERSON,

                              Plaintiff - Appellant,

        versus


UNITED  STATES  SECRETARY  OF  THE  NAVY,
Washington, DC; THOMAS P. MARZILLE, Special
Agent, Naval Criminal Investigation Service,
Camp Lejeune, NC; JAMES DURVIN, Special Agent,
Naval  Criminal  Investigation  Service,  Camp
Lejeune, NC; B. T. BABIN, Colonel, United
States Marine Corps, NC; N. T. HARTENSTEIN,
Colonel,  United  States  Marine  Corps,  NC;
WILLIAM MICHAEL BROWN, Captain, United States
Marine Corps, NC; JAMES WOODWORTH, Captain,
United  States  Marine  Corps,  NC;  JAMES  T.
MCCOLGAN, III, Captain, United States Marine
Corps, NC; LAUGHINGHOUSE, Colonel, Staff Judge
Advocate, United States Marine Corps, NC; J.
A.  BUKAUSKAS,  Major,  United  States  Marine
Corps, NC; P. G. HOWARD, General, Covening
Authority, Marine Corps Base, North Carolina;
DALE E. ANDERSON, Major, Appellate Division,
United  States  Marine  Corps,  Washington,  DC;
MARK STEVENS, Colonel, Retired United States
Marine Corps, NC; CONNIE CROCKER, Department
of Social Service, Jacksonville, NC; GEOLF
ENGELSTETTER,  Dr.,  Clinical  Psychologist,
Jacksonville, NC; JAMES L. JONES,

                              Defendants - Appellees.


───────────

Appeal  from  the  United  States  District  Court  for  the  Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (CA-01-224-7-F-1)

Submitted: December 16, 2002      Decided: December 19, 2002

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Warren B. Anderson, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina; Mark Allen Davis, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina; Scott Christopher Hart, SUMRELL, SUGG, CARMICHAEL, HICKS & HART, P.A., New Bern, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Warren B. Anderson appeals the district court's order granting the Defendants' motions to dismiss his civil action stemming from a previous military court conviction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See <u>Anderson v. United States Sec'y of the Navy</u>, No. CA-01-224-7-F-1 (E.D.N.C. June 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>